UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

JAMIE LYNN WOODWORTH,

        Plaintiff,                Civil No. 3:23-cv-00751-JR

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

-------------------------------------

ORDER AWARDING ATTORNEY'S FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE
ACT, 28 U.S.C. § 2412(D)

    Before the Court is the Motion of Plaintiff, Jamie Lynn Woodworth, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant who has indicated no opposition to this Motion, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

    **IT IS HEREBY ORDERED** that attorney fees and expenses in the total amount of Nine Thousand, One Hundred Twenty-Four Dollars and Thirty-Three cents ($9,124.33) and costs in the total amount of ($402.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The Court hereby awards EAJA fees, broken down as follows:

Plaintiff is awarded fees for 32 hours of work performed in 2023 ($7,827.84), and 5.7 hours of work performed in 2024 ($1,296.49) for a total fee of $9,124.33 under 28 U.S.C. § 2412(d);

Plaintiff is awarded reimbursement of costs in the amount of $402.00 (Receipt # AORDC- 8944714), for the filing fee paid in this matter.

If the U.S. Department of the Treasury determines that Plaintiffs EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Maren Miller Barn, by electronic funds transfer (EFT) or by check mailed to the following address:

Salus Law, PLLC
723 The Parkway
Richland, WA, 99352

IT IS SO ORDERED.

Date:  7/16/2024                     /s/ Jolie A. Russo
                                     Jolie A. Russo
                                     United States Magistrate Judge

[Order proffer: Maren Miller Barn; copy to Defendant]